UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN IHRIG and ETHAN IHRIG,<br><br>             Plaintiffs,<br><br>     v.<br><br>CITY OF CYPRESS, RUSSELLS TOWING, LLC, REBECCA MONDON, CHRISTOPHER SPINOLA, CHRISTOPHER N. TICORAT, LUIS E. CASTILLO, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 8:23-cv-01103-JWH-ADS<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO FILE SETTLEMENT REPORT** |

Plaintiffs Susan and Ethan Ihrig filed the instant action against Defendants City of Cypress; Russells Towing, LLC; Rebecca Mondon; Christopher Spinola; Christopher N. Ticorat; and Luis E. Castillo in June 2023.[1] In October 2023, the Court issued the Scheduling Order, which set the deadline for conducting a settlement conference for June 14, 2024.[2] The Court subsequently issued an ADR Order referring the parties to private mediation to be completed by that June 14, 2024, deadline.[3] That ADR Order also directed that "[t]he parties shall file a joint report no later than seven (7) days after the ADR proceeding regarding the progress of the settlement discussions."[4]

In April 2023, the parties filed a joint stipulation to amend the scheduling order, requesting that all dates, including the ADR deadline, be continued by five months,[5] but the Court denied that request four days later.[6]

As of the date of this Order, the parties have failed to file a joint report regarding the progress of the settlement discussions. Accordingly, the Court **ORDERS** each party and their counsel to **SHOW CAUSE** why the Court should not impose sanctions for their failure to comply with the ADR Order.

For the foregoing reasons, the Court hereby **ORDERS** as follows:

1. The parties are **ORDERED** to file a joint report no later than August 19, 2024, that advises the Court regarding the progress of their settlement discussions.

---

[1] *See generally* Compl. [ECF No. 1].
[2] *See generally* Civil Trial Scheduling Order [ECF No. 28].
[3] *See generally* Order/Referral to ADR Procedure No. 3 (the "ADR Order") [ECF No. 29].
[4] *See generally id.*
[5] Stipulation to Continue [ECF No. 31].
[6] Order Den. Stipulation to Continue [ECF No. 32].

2.     Each party and his, her, or its respective counsel is **DIRECTED** to show cause in writing on or before August 23, 2024, why sanctions should not be imposed against that party, or his, her, or its counsel, or both, for their failure to comply with the ADR Order.

3.     A hearing on this OSC is **SET** for August 30, 2024, at 9:00 a.m. All counsel of record are **DIRECTED** to appear in person at that time in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.

**IT IS SO ORDERED.**

Dated: August 15, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE