JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN IHRIG and ETHAN IHRIG,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF CYPRESS, RUSSELL'S TOWING, L.L.C., a California Limited Liability Company, REBECCA MONDON, CHRISTOPHER SPINOLA, FLORIAN N. TICORAT, LUIS E. CASTILLO, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:23-cv-01103-JWH-ADSx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 52] entered on or about August 26, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: September 26, 2024

John W. Holcomb
UNITED STATE DITRI T JUDGE